### CASTLIN *v.* THE STATE.

GRICE, Justice. This case was tried jointly with that of *Castlin v. State, ante,* the records in the two cases being identical. This case in controlled by the decision in that case.

*Judgment affirmed. All the Justices concur.*